No. 232, Misc. ROLIE v. RANDOLPH, WARDEN, ET AL. Supreme Court of Illinois. Certiorari denied.

No. 233, Misc. BRABSON v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 235, Misc. MOORE v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 238, Misc. SYKES v. HEINZE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 240, Misc. DARCY v. TEETS, WARDEN. Supreme Court of California. Certiorari denied.

No. 242, Misc. NICKERSON v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se*. *Dan J. Kelly* for respondent.

No. 243, Misc. HORNE v. MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied.

No. 246, Misc. ROCKOWER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *David Du Vivier* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States.

No. 214, Misc. RUPP v. TEETS, WARDEN. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *A. J. Zirpoli* for petitioner.

No. 191, Misc. CARTER v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.